**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>　　　　　　Plaintiff,<br>v.<br>**AT&T INC., ET AL.,**<br>　　　　　　Defendants. | **C.A. No. 2:15-cv-00576** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>　　　　　　**Plaintiff,**<br>v.<br>**SPRINT SOLUTIONS, INC., ET AL.,**<br>　　　　　　**Defendants.** | **C.A. No. 2:15-cv-00579** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>　　　　　　**Plaintiff,**<br>v.<br>**T-MOBILE USA, INC., ET AL.,**<br>　　　　　　**Defendants.** | **C.A. No. 2:15-cv-00580** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>　　　　　　**Plaintiff,**<br>v.<br>**CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, ET AL.,**<br>　　　　　　**Defendants.** | **C.A. No. 2:15-cv-00581** |

## ORDER ON JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is the joint motion to dismiss without prejudice CCE's claims against HTC and ZTE in constituent Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580 and 2:15-cv-00581 (collectively, the "576, 579, 580, and 581 cases") and CCE's claims against the AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, "Carrier Defendants") in the 576, 579, 580, and 581 cases to the extent those claims relate to HTC and/or ZTE Accused Products. Having considered the motion and finding that good cause exists for the granting of the same, the Court is of the opinion that it should be in all respects GRANTED.

IT IS THEREFORE ORDERED that CCE's claims with respect to the HTC and ZTE Accused Products in the 576, 579, 580 and 581 cases, are DISMISSED WITHOUT PREJUDICE.

IT IS THEREFORE FURTHER ORDERED that HTC's counterclaims against CCE in the 576, 579, 580, and 581 cases, are DISMISSED WITHOUT PREJUDICE.

IT IS THEREFORE FURTHER ORDERED that ZTE's counterclaims against CCE in the 576, 579, 580, and 581 cases, are DISMISSED WITHOUT PREJUDICE.

SIGNED this 26th day of February, 2017.

*[Signature: Roy S. Payne]*
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE